> **Motion DENIED.**
>
> This the ____ day of _____, 20___.
>
> /s/Louise W. Flanagan, U.S. District Judge

FILED

AUG 17 2017

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIMI WYATT CLARK, <br><br> Defendant. | Case No. 5:17-CR-0102-FL-1 <br> (NCWD Case No. 1:11-CR-0109-MR-DLH-1) <br> USM No. 26481-058 <br> *Hon. Judge Flanagan* |

**MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM**

NOW COMES the Defendant MIMI WYATT CLARK, appearing *pro se*, and respectfully motions the Court to terminate the imposed term of supervised release pursuant to 18 U.S.C. §3583(e)(1) and Fed R. Crim. P. 32.1(c)(2)(C). No hearing is sought in this matter per Fed R. Crim. P. 32.1(c)(2)(B).

Argument Summary: Section 3583(e) allows Article III judges to terminate a term of supervised release if it is in the interest of justice and warranted by the defendant's conduct. This petition deserves to be granted because:

- The goals of supervision have been reached, the need for further supervision is no longer needed and the interests of justice are served by granting this request;
- I meet all eight criteria from §3553(a) that are pertinent to this type of request;
- I meet all nine policy criteria for a probationary recommendation from Monograph 109;
- I am almost zero risk to re-offend for the remainder of my life; and,
- Similar defendants from this circuit, with similar cases, have had their petitions for early termination granted.